IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **In Re: Eric W. Vogt** | : | |
| | : | **CASE NO. 09-15390-ELF** |
| **Debtor** | : | |
| | : | **CHAPTER 13 PLAN** |

1. The future earnings of the debtor are submitted to the supervision and control of the trustee, and the debtor will pay to the Trustee the sum of $340.00 each month for 36 months.  Unless all allowed claims are paid in full, this Plan shall not be completed in fewer than 36 months from the first payment date.

2. From the payments received, the Trustee will make disbursements in accordance with the Distribution Guidelines as follows:

    (a) On allowed claims for expenses of administration required by 11 USC §507(a)(1) in deferred payments.
    (b) On allowed priority unsecured claims in the order prescribed by 11 USC §507.
    Name
    Montgomery County Tax Claim Bureau
    PA Dept. Of Revenue
    Upper Moreland Township

    (c) On allowed general unsecured claims the debtor estimates the general unsecured claims will be paid pro rata.

3. The following executory contract is assumed.

    Installment Land Contract dated August 1, 2006 between James Maguire and Debtor.

4. The debtor will pay directly the following fully secured creditor:
    Name                                                                Monthly payment
    Chase Home Finance                                          $1,935.00

    The date this case was filed will be the effective date of the plan as well as the date when interest ceases accruing on unsecured claims against the estate.

5. The debtor elects to have property of the estate revest in the debtor upon plan confirmation.  Once the property revests, the debtor may sell or refinance real or personal property without further order of the court, upon approval of the Chapter 13 Trustee.

6. The debtor further proposes pursuant to 11 USC §1322(b):

   The monthly payments for the Installment Land Contract shall be made through debtors business: Willow Grove Auto Top, Inc.

Dated: _____         _____
                                Debtor