## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | BANKRUPTCY CASE NO.: 09-15390-ELF |
| | ) | |
| Eric W. Vogt, | ) | CHAPTER 13 |
| | ) | |
| Debtor. | ) | RELATED TO DOCKET NO. 14 |
| _____ | ) | _____ |
| | ) | |
| Chase Home Finance, LLC, | ) | |
| | ) | |
| Objecting Party, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| Eric W. Vogt, Debtor, and William Miller, Trustee, | ) ) | |
| | ) | |
| Respondents. | ) | |

### OBJECTIONS BY CHASE HOME FINANCE, LLC TO
### CONFIRMATION OF CHAPTER 13 PLAN

Chase Home Finance, LLC, (hereinafter "Chase"), by and through its attorneys, Grenen & Birsic, P.C., respectfully represents as follows:

1. This case was filed on or about July 23, 2009. No confirmation hearing has been scheduled as of this writing.

2. Chase is a party-in-interest in this case, by reason of a mortgage that it holds on the Debtor's personal residence located at 711 Lincoln Avenue, Willow Grove, PA 19090

3. Chase will be filing a claim, listing total arrears as of the date of the bankruptcy filing in the amount of $1,158.86.

4. The Debtor has filed a plan dated August 25, 2009.

5. The Debtor's plan is completely silent on the treatment of the arrears due to Chase.

6. The plan is, therefore, under-funded and Chase does not consent to this treatment. Chase is entitled to receive the full amount of its arrears as a condition to the cure and reinstatement of the mortgage.

7. Based on the foregoing, Chase does not consent to confirmation of the Debtor's plan.

**WHEREFORE**, Chase respectfully requests that this Court deny confirmation of the proposed plan.

Respectfully submitted,

GRENEN & BIRSIC, P.C.

By:    /s/ Jodi L. Hause
Jodi L. Hause, Esquire
PA ID No. 90625
Attorney for Chase Home Finance, LLC
One Gateway Center, 9th Floor
Pittsburgh, PA  15222
412-281-7650