IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| In Re: Eric W. Vogt | : | CHAPTER 13 |
| | : | CASE NO. 09-15390ELF |
| Debtor | : | HEARING DATE: |
| | : | TIME: |
| | : | LOCATION: COURTROOM No. 1 |
| | | United States Bankruptcy Court |
| | | 900 Market St., 2nd Fl. |
| | | Philadelphia, PA 19107 |

## ORDER

AND NOW, this 6th Day of Oct., 2009, the Stipulation of the Parties is hereby Approved, and made an ORDER of the Court.

BY THE COURT:

_____
Hon. Eric L. Frank
U.S. Bankruptcy Judge